Laura Gould, Appellee, v. George Gould, Appellant.

Gen. Nos. 44,782, 45,008.

Harry A. Biossat, for appellant; Benjamin B. Davis and Joseph W. Baer, for appellee. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed May 3, 1950; rehearing denied May 23, 1950; released for publication May 23, 1950.